IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYLE DEROOS, an individual,

    Plaintiff,

  v.

FORD MOTOR COMPANY, a Delaware corporation, SJK, INC., dba FREMONT FORD, a California corporation, and DOES 1 through 30, inclusive,

    Defendants.

No. C 16-00445 WHA

**ORDER RE JOINT NOTICE OF SETTLEMENT**

The Court acknowledges and thanks the parties for their joint notice of settlement in the captioned matter but cautions that all deadlines and hearings remain active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: April 27, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE