H. Paul Efstratis, Esq. (State Bar No. 242373)
Jamie M. Cheng, Esq. (State Bar No. 298750)
LECLAIRRYAN LLP
44 Montgomery Street, Suite 3100
San Francisco, California  94104-4705
Telephone:  (415) 391-7111
Telefax:  (415) 391-8766

Attorneys for Defendant
FORD MOTOR COMPANY and SJK, INC.
dba FREMONT FORD

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEROOS, an individual<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation, SJK, INC. dba FREMONT FORD, a California Corporation, and DOES 1 through 30, inclusive,<br><br>Defendants. | Civil Action No. 3:16-cv-00445-WHA<br><br>[PROPOSED] ORDER GRANTING AMENDED JOINT STIPULATION OF DISMISSAL |

The parties having so stipulated and agreed, it is hereby SO ORDERED.  The above-referenced case is hereby DISMISSED with prejudice.  The Clerk is directed to send copies of this Order to all counsel of record.  The Clerk shall please Close the file.

**IT IS SO ORDERED.**

Dated:  May 10, 2016.

_____
The Honorable William H. Alsup
UNITED STATES DISTRICT JUDGE